UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number 1:16-CV-23965-JJO

ANDRES GOMEZ,

    Plaintiff,

v.

TRIUMPH MOTORCYCLES
(AMERICA) LIMITED,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, Andres Gomez, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a confidential settlement agreement within forty-five (45) days, parties will file a stipulated motion to dismiss this action with prejudice.

Respectfully submitted on this 8th day of November, 2016.

                                      *s/ Scott R. Dinin*
                                      Scott R. Dinin
                                      SCOTT R. DININ P.A.
                                      4200 NW 7th Avenue
                                      Miami, Florida 33127
                                      Telephone: (786) 431-1333
                                      Facsimile: (786) 513-7700
                                      Email: inbox@dininlaw.com
                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this this 8th day of November, 2016, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, and an electronic copy was sent to:

Joey M. Costyn
6550 Powers Ferry Rd. NW
Atlanta, Georgia 30339
E-mail: jcostyn@costynlaw.com
*Counsel for Defendant*

*s/ Scott R. Dinin*