UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number 1:16-CV-23965-JJO

ANDRES GOMEZ,

    Plaintiff,

v.

TRIUMPH MOTORCYCLES (AMERICA) LIMITED,

Defendant.

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice filed on December 19, 2016, in the above-styled case. Upon careful review of the record and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

The above-styled case is hereby DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers in Miami, Florida this 19 day of December, 2016.

                                                      JOHN J. O'SULLIVAN
                                                      UNITED STATES DISTRICT JUDGE

cc: All counsel of Record